UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

| | |
|---|---|
| COVENTRY ENTERPRISES LLC, a Delaware Limited Liability Company,<br><br>         Plaintiff,<br><br>v.<br><br>HEMP NATURALS, INC., a Florida corporation; LEVI JACOBSON, a Florida citizen; and YOSEF BLEIER, a Florida citizen.<br><br>         Defendants. | Civil Action No. 1:19-cv-11057-JGK-knf<br><br>**RULE 7.1 DISCLOSURE STATEMENT OF COVENTRY ENTERPRISES, LLC** |

-----------------------------------------------------------x

   Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.1.1 of the Local Rules for the United States District Court for the Southern District of New York, Plaintiff, Coventry Enterprises LLC, through its undersigned counsel, declares that it has no parent corporation, and no publicly held corporation owns 10% or more of its membership interests.

| | |
|---|---|
| Dated: New York, New York<br>     December 16, 2019 | Respectfully submitted,<br><br> /S/ Stanley C. Morris<br>Stanley C. Morris<br>**CORRIGAN & MORRIS, LLP**<br>2300 Wilshire Boulevard, Suite 210<br>Los Angeles, CA 90025<br>Telephone: (310) 394-2800<br>Facsimile: (310) 394-2825<br>Email: scm@cormorllp.com<br><br>*Counsel for Plaintiff*<br>COVENTRY ENTERPRISES, LLC |