United States District Court
Southern District of New York

----------------------------------------------------------x

Coventry Enterprises LLC, a Delaware
Limited Liability Company,

        Plaintiff,

Case Number:
1:19-cv-11057-LJL

V.

HEMP NATURALS, INC., a Delaware corporation,
LEVI JACOBSON, a Florida citizen; AND
YOSEF BLEIER, a Florida citizen,

        Defendants.

----------------------------------------------------------x

### STIPULATION AND [PROPOSED] ORDER

    **WHEREAS,** Plaintiff commenced the above captioned action at the Southern District of

New York by filing the Complaint on December 3, 2019, and filed its First Amended Complaint

on January 7, 2020.

    **WHEREAS,** Plaintiff served Defendants' attorney, Eran Regev, Esq., with Plaintiff's

Summons, Amended Summons and First Amended Complaint on January 22, 2020, after

counsel agreed to accept such service in lieu of personal service on behalf of his clients, Hemp

Naturals, Inc., a Delaware corporation, Levy Jacobson and Yosef Bleier.

    **WHEREAS,** counsel for the Defendants agreed at that time to respond to the First

Amended Complaint by February 19, 2020, on behalf of Defendants, assuming his engagement

1

would continue, but thereafter, Defendants terminated his services, unexpectedly, but retained him again as Defendants' attorney of record on February 19, 2020.

WHEREAS, to provide the Defendants' counsel with sufficient time to do so, the Defendants and Plaintiff stipulated, through counsel, that Defendants shall answer, move or otherwise respond to Plaintiff's First Amended Complaint by March 9, 2020; and

WHEREAS, an Initial Conference was set before Judge Koeltl for March 9, 2020 at 4:30 p.m. and, thereafter, the case was reassigned to Judge Lewis J. Liman; and it appearing to be appropriate to set a new Initial Conference approximately four weeks after the Defendants have responded to the Complaint, at a time convenient to the Court; subject to the Court's approval, the parties stipulate that the Court Preliminary Conference scheduled to March 9, 2020 before Judge Koeltl be adjourned to April 6, 2020 at 4:30 p.m. or thereafter and set for hearing before Judge Lewis J. Limon;

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the respective Parties that the Defendants shall answer, move or otherwise respond to Plaintiff's First Amended Complaint by March 9, 2020, and, subject to the Court's approval, that the Initial Conference currently set to be held before Judge Koeltl on March 9, 2020 be vacated and reset before Judge Lewis J. Liman on April 6, 2020 or thereafter as may be convenient to the Court.

IT IS FURTHER CONSENTED that an executed facsimile copy of this Stipulation shall be binding as an original and may be filed with the Court in lieu of the original.

Attorneys for Plaintiff

Dated: February 19, 2019

CORRIGAN & MORRIS LLP

By: _____

Stanley C. Morris (SM-5814)
Corrigan & Morris LLP
12300 Wilshire Boulevard, Suite 210
West Los Angeles, CA 90025
(310) 394-2828 Tel.
(310) 394-2825 Fax

Attorneys for Defendants:

Dated: February 19, 2019

ERAN REGEV, ESQ.

By: _____

Eran Regev, Esq.
1615 Northern Blvd., Suite 103
Manhasset, NY 10030
516-472-0126
eregev@regevlaw.com

## [PROPOSED] ORDER

It is so ordered. Defendants shall answer, move or otherwise respond to the First
Amended Complaint on or before March 9, 2020. The Initial Conference originally scheduled to
be heard by Judge John G. Koeltl is vacated and the Initial Conference shall be held, instead,
before this Court on _____, 2020 at __:__ __, at the United States Courthouse, 500 Pearl
Street, New York, New York 10007-1312.

Dated:_____     By:_____

Lewis J. Liman

Judge, United Stated District Court